**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

In re:
Robert Elvin Cochran
**Debtor(s)**

Robert Elvin Cochran

**Plaintiff(s)**

Bankruptcy Case No.: 26-21361 CMB
Chapter: 13
Adversary Proceeding No.: 26-02086 CMB

vs.
Mariner Finance

**Defendant(s)**

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on August 3, 2026 I served a copy of the within Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, together with the Complaint, Summons and Early Conference Certification and Stipulation (CMB Form AP-2) by (describe the mode of service):

Served Via US Postal Service First-class Mail:

US Trustee
1001 Liberty Ave.
Suite 1316
Pittsburgh, PA 15222

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Mariner Finance
8211 Town Center Dr.
Nottingham, MD 21236

Executed on: August 3, 2026
(Date)

/s/ Scott R. Lowden
(Signature)

Scott R. Lowden, Esq., PA ID 72116, 100 Heathmore Ave., Pittsburgh, PA 15227 (412) 292-4254
lowdenscott@gmail.com
(Type Name and Mailing Address of Person Who Made Service)